UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DONNA JANSON,

        Plaintiff,

-against-

SIEMENS CORPORATION, THE SIEMENS
CORPORATION LONG TERM DISABILITY PLAN
and METROPOLITAN LIFE INSURANCE
COMPANY,

        Defendants.
------------------------------------------------------------------X

Civ. Act. No.: 10-cv-4423
(MGC)

**RULE 7.1 DISCLOSURE STATEMENT**

DOCUMENT
ELECTRONICALLY
FILED

  The undersigned, counsel of record for defendant, THE SIEMENS CORPORATION LONG TERM DISABILITY PLAN, hereby makes the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

  1. The LTD Plan is fully insured by Metropolitan Life Insurance Company, a New York corporation with its principal place of business in New York, is a wholly owned subsidiary of MetLife, Inc., a publicly held corporation.

Dated: New York, New York
    August 5, 2010

                Respectfully Submitted,

                s/
                _____
                MICHAEL H. BERNSTEIN (MB-0579)
                SEDGWICK, DETERT, MORAN & ARNOLD LLP
                125 Broad Street, 39th Floor
                New York, New York 10004
                Tel: (212) 422-0202
                Fax: (212) 422-0925
                *Attorneys for Defendants - Metropolitan Life Insurance Company and Siemens Corporation Long Term Disability Plan*

NY/590401v1

To:        Mark Scherzer (MS 2622)
7 Dey Street, Suite 600
New York NY 10007
Tel.: (212) 406-9606
*Attorneys for Plaintiff*

McGuire Woods, LLP
1345 Avenue of the Americas
7th Floor
New York, New York 10105-0106
Tel.: (212) 548-2100
Fax: (212) 548-2150
*Attorneys for Defendant - Siemens Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the attached **RULE 7.1 DISCLOSURE STATEMENT** (on behalf of Siemens Corporation Long Term Disability Plan) was filed via ECF and served regular mail on August 5, 2010, upon

Mark Scherzer (MS 2622)
7 Dey Street, Suite 600
New York, New York 10007
Tel.: (212) 406-9606
*Attorneys for Plaintiff*

McGuire Woods, LLP
1345 Avenue of the Americas
7th Floor
New York, New York 10105-0106
Tel.: (212) 548-2100
Fax: (212) 548-2150
*Attorneys for Defendant - Siemens Corporation*

      s/ _____
Michael H. Bernstein (MB-0579)