UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DONNA JANSON,

                    Plaintiff,

-against-

SIEMENS CORPORATION, THE SIEMENS
CORPORATION LONG TERM DISABILITY PLAN
and METROPOLITAN LIFE INSURANCE
COMPANY,

                    Defendants.
-----------------------------------------------------------------X

Civ. Act. No.: 10-cv-4423 (MGC)

**RULE 7.1 DISCLOSURE STATEMENT**

DOCUMENT ELECTRONICALLY FILED

      The undersigned, counsel of record for defendant METROPOLITAN LIFE INSURANCE COMPANY, hereby makes the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

      1.    Metropolitan Life Insurance Company, a New York corporation with its principal place of business in New York, is a wholly owned subsidiary of MetLife, Inc., a publicly held corporation.

Dated: New York, New York
          August 5, 2010

                          Respectfully Submitted,

                           s/
                        MICHAEL H. BERNSTEIN (MB-0579)
                        SEDGWICK, DETERT, MORAN & ARNOLD LLP
                        125 Broad Street, 39th Floor
                        New York, New York 10004
                        Tel: (212) 422-0202
                        Fax: (212) 422-0925
                        *Attorneys for Defendants - Metropolitan Life Insurance Company and Siemens Corporation Long Term Disability Plan*

To: Mark Scherzer (MS 2622)
7 Dey Street, Suite 600
New York NY 10007
Tel.: (212) 406-9606
*Attorneys for Plaintiff*

McGuire Woods, LLP
1345 Avenue of the Americas
7th Floor
New York, New York 10105-0106
Tel.: (212) 548-2100
Fax: (212) 548-2150
*Attorneys for Defendant - Siemens Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the attached **RULE 7.1 DISCLOSURE STATEMENT** (on behalf of Metropolitan Life Insurance Company) was filed via ECF and served regular mail on August 5, 2010, upon

Mark Scherzer (MS 2622)
7 Dey Street, Suite 600
New York, New York 10007
Tel.: (212) 406-9606
*Attorneys for Plaintiff*

McGuire Woods, LLP
1345 Avenue of the Americas
7th Floor
New York, New York 10105-0106
Tel.: (212) 548-2100
Fax: (212) 548-2150
*Attorneys for Defendant - Siemens Corporation*

                                                  s/
                                        Michael H. Bernstein (MB-0579)