AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| DONNA JANSON ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 10 Civ 04423 (MGC) |
| SIEMENS CORPORATION et. al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

defendants Metropolitan Life Insurance Company and The Siemens Corporation Long Term Disability Plan.

Date:  08/06/2010

s/
*Attorney's signature*

John T. Seybert (JS 5014)
*Printed name and bar number*

Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street, 39th Floor
New York, New York 10004

*Address*

john.seybert@sdma.com
*E-mail address*

(212) 422-0202
*Telephone number*

(212) 422-0925
*FAX number*

# CERTIFICATE OF SERVICE

I, John T. Seybert, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served via ECF and Regular Mail on this 6th day of August, 2010, upon the following:

Mark Scherzer, Esq.
7 Dey Street, Suite 600
New York, NY 10007
Tel: 212-406-9602
Attorney for Plaintiff

McGuire Woods, LLP
1345 Avenue of the Americas 7th Floor
New York, New York 10105-0106
Tel.: (212) 548-2100
Fax: (212) 548-2150
Attorneys for Defendant - Siemens Corporation

s/John T. Seybert
John T. Seybert (JS 5014)

Dated:   New York, New York
         August 6, 2010