Cedarbaum

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/9/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

DONNA JANSON,                                    Civ. Act. No.: 10-cv-4423 (MGC)

                              Plaintiff,         **STIPULATION OF DISMISSAL**
        -against-                                **WITH PREJUDICE**

SIEMENS CORPORATION, THE SIEMENS
CORPORATION LONG TERM DISABILITY PLAN
and METROPOLITAN LIFE INSURANCE
COMPANY,

                              Defendants.
-------------------------------------------------------------------X

        **IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiff Donna Janson and

defendants, Metropolitan Life Insurance Company ("MetLife") and the Siemens Company Long Term

Disability Plan (the "Plan"), through their undersigned counsel, that pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), the claims by Plaintiff against MetLife and the Plan in the above-captioned action

are dismissed with prejudice, and without costs.

Dated: December 6, 2010
       New York, New York

By: _____        By: _____
    Mark Scherzer (MS 2622)             Michael H. Bernstein (MB 0579)
    7 Dey Street, Suite 600             Matthew P. Mazzola (MM 7427)
    New York NY 10007                   SEDGWICK DETERT MORAN & ARNOLD LLP
    (212) 406-9606                      125 Broad Street, 39th Floor
    *Attorneys for Plaintiff*           New York, New York 10004
    DONNA JANSON                        Tel.: (212) 422-0202
                                        Fax: (212) 422-0925
                                        *Attorneys for Defendants*
                                        METROPOLITAN LIFE INSURANCE
                                        COMPANY AND THE SIEMENS
                                        CORPORATION LONG TERM
                                        DISABILITY PLAN

So Ordered: December 9, 2010

_____
Hon. Miriam Goldman Cedarbaum
United States District Judge

NY/613354v1

